THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Billy J. Lupo, Appellant.
 
 
 

Appeal From Fairfield County
 Brooks P. Goldsmith, Circuit Court Judge
Unpublished Opinion No. 2010-UP-021
Submitted January 4, 2010  Filed January
 25, 2010   
APPEAL DISMISSED

 
 
 
 Deputy Chief Appellate Defender Wanda H. Carter, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all
 of Columbia; and Douglas A. Barfield, Jr., of Lancaster, for Respondent.
 
 
 

PER CURIAM:  In
 April, 2008, Billy J. Lupo was sentenced to seven years for assault and battery
 of a high and aggravated nature.  Lupo's
 counsel attached to the brief a petition to be relieved as counsel, stating she
 had reviewed the record and concluded this appeal lacked merit.  Lupo filed a pro se brief.
After a thorough review of the record, the pro se brief, and counsel's brief pursuant to Anders v. California, 386 U.S.
 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991),
 we dismiss[1] the appeal and grant counsel's petition to be relieved.
APPEAL DISMISSED
HUFF, A.C.J., GEATHERS, J., and CURETON, A.J., concur.

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.